UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

WILLIAM HAYES,

                        Plaintiff\s)/Petitioner(s),

                 - against -

ROYAL BUILDING PRODUCTS (USA) INC.,
And FLORENCE CORPORATION

                        Defendant(s)/Respondent(s).

-------------------------------------------------------------------------x

Docket No.: 20-CV-05247-PGG

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned has been retained as attorneys for the plaintiff, RSHANA SHURRIAH, and demand is hereby made that you serve a copy of all papers and pleadings upon the undersigned at the office and post office address set forth below.

Dated:  Rockville Centre, New York
        May 28, 2021

                                                            _____
                                                            Law Offices of JOHN E. GRAY
                                                            Attorneys for Plaintiff
                                                             WILLIAM HAYES
                                                            100 North Park Avenue
                                                           Rockville Centre, NY 11570
                                                           (516) 766-3200

To:    Gerber, Ciand, Kelly & Brady
          Attorneys for Defendant
          Royal Building Products (USA) Inc.
          228 Park Ave., Suite 97572
          New York, NY 10003-1502
          516.693.8342